IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EDWARD L. GREEN SR., <br>     Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. 4:19cv00788-A |
| WESTMONT HOSPITALITY <br> GROUP, INC., d/b/a Red Roof Inn, <br> d/b/a HomeTowne Studios by Red Roof, <br> f/k/a Crossland Extended Stay Studios, <br>     Defendant | § § § § § § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiff Edward L. Green Sr. provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

Answer: None.

A complete list of all persons, associations or persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Edward L. Green Sr.

2. Westmont Hospitality Group, Inc., d/b/a Red Roof Inn, d/b/a HomeTowne Studios by Red Roof, f/k/a Crossland Extended Stay Studios

3. Marshay Howard Iwu

1

Date: October 2, 2019

        Respectfully submitted,

        IWU & ASSOCIATES

        **/s/ Marshay Howard Iwu**
        Marshay Howard Iwu
        State Bar No. 24083204
        P.O. Box 851553
        Mesquite, Texas 75185-1553
        (469) 458-3540 PHONE
        (972) 308-6011 FAX
        mhoward@lawyersdemandingjustice.com

        **ATTORNEY FOR PLAINTIFF**