

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EDWARD L. GREEN SR., | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19cv00788-A |
| | § | |
| WESTMONT HOSPITALITY | § | |
| GROUP, INC., d/b/a Red Roof Inn, | § | |
| d/b/a HomeTowne Studios by Red Roof, | § | |
| f/k/a Crossland Extended Stay Studios, | § | |
|     Defendant | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**COMES NOW**, Plaintiff, Edward L. Green Sr. (hereinafter "Plaintiff"), and complains of Defendant, Westmont Hospitality Group, Inc., d/b/a Red Roof Inn, d/b/a HomeTowne Studios by Red Roof, f/k/a Crossland Extended Stay Studios (hereinafter "Defendant"), and would respectfully show unto the Court as follows:

### I.

### JURISDICTION AND VENUE

1. This Court has jurisdiction over the federal claims asserted herein pursuant to 28 U.S.C. §§1331 and 1343. In addition, Plaintiff invokes this Court's jurisdiction pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000-e, et seq. (hereinafter "Title VII").

2. Venue is proper in the Northern District of Texas, Dallas Division, pursuant to 28 U.S.C. §1391 because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## II.

## PARTIES

3. Plaintiff, Edward L. Green Sr., is a black/African American citizen of the United States and a resident of Dallas County, Texas. At all times relevant hereto, Plaintiff was an employee of Defendant. Plaintiff has been subjected to unlawful employment practices committed in Dallas County, Texas by employees and agents of the Defendant.

4. Defendant is a domestic for-profit corporation. Defendant may be noticed of this lawsuit by serving the registered agent, Capitol Corporate Services, Inc., 206 E. 9th Street, Suite 1300, Austin, Texas 78701-4411.

## III.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

5. On July 1, 2019, Plaintiff filed a charge of employment discrimination against Defendant with the Dallas District Office of the Equal Employment Opportunity Commission ("EEOC") within 300 days of the last discriminatory act. Any allegations in this action which pertain to events that occurred after 300 days of the last discriminatory act pertain to allegations of continuing violation.

6. Plaintiff was issued a "Notice of Right to Sue" concerning the charge, entitling him to institute a civil action within 90 days of the date of receipt of said notice. This action is timely filed.

## IV.

## FACTS AND CAUSES OF ACTION

7. This action is authorized and instituted pursuant to Title VII. This is a legal proceeding for legal and/or equitable relief available to secure the rights of the Plaintiff under

these statutes.

8. Beginning on or about October 13, 2018, and continuing through March 14, 2019, Plaintiff was repeatedly subjected to discrimination based on race, black/African American, gender, male, and sexual harassment, under Title VII.

9. Plaintiff's certifications and experiences are as follows: (1) Passed the M.E. test for maintenance to become a maintenance tech; (2) has 20 plus years' experience in maintenance.

10. Plaintiff was employed with Defendant for one (1) year, from March 2018 until March 14, 2019. Plaintiff's starting pay rate was $11.45 and his ending pay rate was $11.65. While employed by Defendant, Plaintiff was hired as a Porter/Maintenance technician, but only received a Porter's pay rate.

11. During his tenure with Defendant, Plaintiff was told by higher ups to take the M.E. exam to receive a promotion to Maintenance Tech. Plaintiff did just that and passed the exam, but never received the full promotion with pay increase.

12. During his tenure, Plaintiff never received any disciplinary action/reprimand, was never "written up," and was never informed of poor work performance.

13. On October 2018, Plaintiff was sexually harassed by his manager, Kendrick Johnson, in the presence of other co-worker's who witnessed the harassment. Mr. Johnson made sexually explicit comments to Plaintiff regarding his penis and Mr. Johnson told Plaintiff he wanted to come over his house to have sex. Plaintiff repeatedly asked Mr. Johnson to cease such communications and told him these comments were offensive, however, Mr. Johnson did not

stop making such comments.

14. In February 2019, Plaintiff was moved to another work location in Fort Worth, Texas where he was fired while still under the management of Kendrick Johnson.

15. Plaintiff was told by Jessica Alardin that management instructed her to fire him for anything done wrong, but Jessica refused.

16. Plaintiff was fired on March 14, 2019, for accusations of sleeping on the job and "smelling of narcotics."

17. On April 26, 2019, Plaintiff was offered a severance package for $3,070.57, which he declined.

18. On May 15, 2019, Plaintiff was offered another severance package for $3,276.75, which he also declined.

19. Plaintiff claims Defendant showed preferential treatment to non-black employees; non-black employees received promotions and higher pay even when the non-black employees were less qualified; non-black employees received less disciplinary action and did not have to work as hard as black employees.

V.

DAMAGES

20. Plaintiff seeks statutory damages, back pay and front pay (at an equivalent to a maintenance technician pay rate) and/or lost wages and benefits in the past and future, all actual monetary losses, liquidated damages, attorney's fees, expert witness fees, costs, prejudgment and

post judgment interest, and such other and further legal and equitable relief to which Plaintiff is entitled pursuant to Title VII.

21.  Plaintiff is entitled to actual damages, including pecuniary damages, mental anguish or emotional pain and suffering, inconvenience, and loss of enjoyment of life in the past and in the future, and such other and further relief to which Plaintiff is entitled because of the actions and/or omissions complained of herein.

## VI.

## JURY DEMAND

22.  Plaintiff respectfully requests a jury trial.

## VII.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays that Defendant be cited to appear, and, that Plaintiff be awarded judgment against Defendant for statutory damages, compensatory, punitive and general damages, back pay, front pay and/or lost wages and benefits in the past and future, all actual monetary losses, liquidated damages, attorney's fees, expert witness fees, costs, prejudgment and post judgment interest, and such other and further legal and equitable relief to which Plaintiff is entitled.

Respectfully submitted,

**/s/ Marshay Howard Iwu**
Marshay Howard Iwu
State Bar No. 24083204
P.O. Box 851553
Mesquite, Texas 75185-1553
Telephone: (469) 458-3540
Telecopier: (972) 308-6011

mhoward@lawyersdemandingjustice.com

**ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| EDWARD L. GREEN SR., § | |
|     Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. 4:19cv00788-A |
| § | |
| WESTMONT HOSPITALITY § | |
| GROUP, INC., d/b/a Red Roof Inn, § | |
| d/b/a HomeTowne Studios by Red Roof, § | |
| f/k/a Crossland Extended Stay Studios, § | |
|     Defendant § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiff Edward L. Green Sr. provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

Answer: None.

A complete list of all persons, associations or persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Edward L. Green Sr.

2. Westmont Hospitality Group, Inc., d/b/a Red Roof Inn, d/b/a HomeTowne Studios by Red Roof, f/k/a Crossland Extended Stay Studios

3. Marshay Howard Iwu

Date: October 2, 2019

        Respectfully submitted,

        IWU & ASSOCIATES

        **/s/ Marshay Howard Iwu**
        Marshay Howard Iwu
        State Bar No. 24083204
        P.O. Box 851553
        Mesquite, Texas 75185-1553
        (469) 458-3540 PHONE
        (972) 308-6011 FAX
        mhoward@lawyersdemandingjustice.com

        **ATTORNEY FOR PLAINTIFF**

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Edward L. Green Sr.

**DEFENDANTS**
Westmont Hospitality Group, Inc. d/b/a Red Roof Inn, d/b/a HomeTowne Studios by Red Roof f/k/a Crossland Extended Stay Studios

**(b)** County of Residence of First Listed Plaintiff: Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*: Marshay Howard, Iwu, Iwu & Associates, P.O. Box 851553, Mesquite, TX 75185-1553 (469) 458-3540

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 32000-e, et seq

Brief description of cause:
Discrimination based on race, gender and sexual harassment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE: 10/2/2019
SIGNATURE OF ATTORNEY OF RECORD: Marshay ___

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____