IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 7 2019

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| Edward L. Green Sr., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:19-cv-00788-A |
| | § | |
| Westmont Hospitality Group, Inc. | § | |
| | § | |
| Defendants. | § | |

## ORDER UNFILING DOCUMENT(S)

The court has determined the following defect(s) in the form of the document(s) filed October 4, 2019 by Marshay T. Iwu on behalf of Edward L. Green Sr., titled Judge McBryde's paper original and copies (doc. 6):

**All documents should be filed in traditional paper form, bearing the original signature of the filer.**
**See Standing Order, filed October 3, 2019.**

Because of such defect(s), the court has determined that the document(s) indicated above should be unfiled from the record of this action. Therefore, the court ORDERS that such document(s) be, and is hereby, unfiled, and the Clerk is directed to note on the docket the unfiling of such document(s).

SIGNED _____10/7_____, 201_9____.

_____
JOHN McBRYDE
UNITED STATES DISTRICT JUDGE

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

UNFILED

OCT -4 2019

CLERK U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EDWARD L. GREEN SR., <br> Plaintiff | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. 4:19 cv 00788-A |
| WESTMONT HOSPITALITY <br> GROUP, INC., d/b/a Red Roof Inn, <br> d/b/a HomeTowne Studios by Red Roof, <br> f/k/a Crossland Extended Stay Studios, <br> Defendant | § <br> § <br> § <br> § <br> § <br> § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiff, Edward L. Green Sr. (hereinafter "Plaintiff"), and complains of

Defendant, Westmont Hospitality Group, Inc., d/b/a Red Roof Inn, d/b/a HomeTowne Studios by

Red Roof, f/k/a Crossland Extended Stay Studios (hereinafter "Defendant"), and would respectfully

show unto the Court as follows:

### I.

### JURISDICTION AND VENUE

1.      This Court has jurisdiction over the federal claims asserted herein pursuant to 28

U.S.C. §§1331 and 1343.  In addition, Plaintiff invokes this Court's jurisdiction pursuant to Title

VII of the Civil Rights Act of 1964, 42 U.S.C. 2000-e, et seq. (hereinafter "Title VII").

2.      Venue is proper in the Northern District of Texas, Dallas Division, pursuant to 28

U.S.C. §1391 because a substantial part of the events or omissions giving rise to the claim

occurred in this judicial district.