IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| EDWARD L. GREEN SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:19-CV-788-A |
| | § | |
| WESTMONT HOSPITALITY GROUP, | § | |
| INC., D/B/A RED ROOF INN, | § | |
| D/B/A HOMETOWNE STUDIOS BY | § | |
| RED ROOF, F/K/A CROSSLAND | § | |
| EXTENDED STAY STUDIOS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the joint stipulation of dismissal with prejudice filed September 24, 2020,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Edward L. Green, Sr., against defendant, CL West Management, LLC, incorrectly named as Westmont Hospitality Group, Inc., d/b/a Red Roof Inn, d/b/a Home Towne Studios by Red Roof, f/k/a Crossland Extended Stay Studios, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the court costs incurred by that party.

SIGNED September 25, 2020.

JOHN McBRYDE
United States District Judge